09-CRD-122

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| VS. | § | OF DUVAL COUNTY, TEXAS |
| | § | |
| | § | |
| | § | |
| BILLY BENAVIDEZ | § | 229TH JUDICIAL DISTRICT |

IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/17/2015 9:20:02 AM
KEITH E. HOTTLE
Clerk

## DEFENDANT'S NOTICE OF APPEAL

COMES NOW Defendant BILLY BENAVIDEZ who gives his Notice of Appeal of the judgment entered against him on the States Motion to Revoke on December 16, 2014 by a visiting judge as well as appeal of the oral order denying his Motion for Consideration heard by the presiding judge on January 27, 2015. The timely filing of Defendant Motion for Reconsideration had the effect of extending the deadline to appeal for ninety (90) days until March 16, 2015.

FILED AT 11:30 o'clock A M

MAR 13 2015

H. BARTON, CLERK
DISTRICT CLERK, DUVAL COUNTY, TEXAS
BY _____ DEPUTY

Respectfully Submitted,

The Law Office of
**J.E. Ramos Jr.**
**Texas State Bar No. 16508030**
P.O. Box 271 931
Corpus Christi, Texas 78427
Telephone: (361) 429-5373
Facsimile: (512) 582-8273
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Appeal was served on the Duval District Attorney's Office by U.S. Mail and/or hand delivery on this

_____th day of March, 2015.

J.E. Ramos Jr.

1